IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERNEST COBB, JR.,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 13-0222-KD-M |
| **NOAH OLIVER,** | : |
| Respondent. | : |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated June 27, 2013 is adopted as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** for failure to prosecute and to obey the Court's Orders.

DONE this 17th day of July 2013.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE